[No. 14178.  *En Banc.*  August 18, 1917.]

LANGLEY STATE BANK, *Appellant*, v. SEATTLE MERCHANTS ASSOCIATION, *Respondent.*[1]

Motion filed in the supreme court May 14, 1917, to strike a statement of facts.  Granted.

*Floyd Hatfield*, for appellant.
*Nelson R. Anderson*, for respondent.

ON PETITION FOR REHEARING.

PER CURIAM.—For the reasons stated in the preceding case; *American Fuel Co. v. Benton, ante* p. 26, 167 Pac. 346, the motion of respondent to strike the statement of facts, filed and served untimely by appellant without extension of time by the trial court or by stipulation or application therefor on good cause, is granted.

———————

[No. 14163.  Department One.  August 29, 1917.]

SARA P. FISHER, *Respondent*, v. G. G. RIPLEY, *Appellant.*[2]

Appeal from a judgment of the superior court for Spokane county, Huneke, J., entered July 3, 1916, upon findings in favor of the plaintiff, in an action for an accounting, tried to the court.  Affirmed.

*Ripley & Quackenbush*, for appellant.
*Barker & Barker* and *C. C. Upton*, for respondent.

PER CURIAM.—The only question we deem of importance in this case is whether the findings of fact made by the lower court are sustained by the evidence.

It will be of no value to review or discuss the evidence at length. We have read the record, and while there is considerable conflict in the testimony, we are of the opinion that the findings of fact entered by the lower court are sustained by a fair preponderance of the evidence.

The judgment is affirmed.

[1]Reported in 167 Pac. 349.
[2]Reported in 167 Pac. 1183.